# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHLEY COLEMAN, | CIVIL ACTION NO. 2:15-cv-00426 |
| Plaintiff | JUDGE IVAN L.R. LEMELLE – SECTION B |
| vs | |
| CENTRAL PORTFOLIO CONTROL, INC. a Minnesota corproation, | MAGISTRATE JUDGE DANIEL E. KNOWLES, III – DIVISION 3 |
| | **JURY TRIAL DEMANDED** |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ASHLEY COLEMAN, through undersigned counsel, hereby gives notice that the above captioned action against Defendant CENTRAL PORTFOLIO CONTROL, INC. is voluntarily dismissed, with prejudice.

DATED this 4th day of March 2015.

**GESUND & PAILET, LLC**

*/s/ Keren E. Gesund, Esq.*
Keren E. Gesund, Esq.
Louisiana Bar No. 34397
3421 N. Causeway Blvd
Suite 805
Metairie, LA 70002
Tel: (702) 300-1180
keren@gp-nola.com
Attorney for Plaintiff